In the Matter of the Claim of GEORGE SIEGFRIED, Respondent, against ABRAHAM GOLDBERG et al., Appellants.

*Matter of Siegfried* v. *Goldberg,* 175 App. Div. 952, reversed.
(Argued March 1, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1916, affirming an award of the state industrial commission. Claimant was a janitor in an apartment house owned and operated by the defendant, and in connection with such apartment operated stationary boilers. At the time of the accident he was chopping wood to be used in the hot water boilers, and a splinter of wood flew into his right eye, causing a traumatic cataract, causing the permanent loss of the use of his right eye. Appellants contended that the claimant was not an employee engaged in a hazardous employment at the time he sustained injury.

*John N. Carlisle* and *Alfred W. Andrews* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

43

Order reversed and claim dismissed on the dissenting opinion of KELLOGG, P. J., below, with costs in the Appellate Division and in this court against the state industrial commission.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.